IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, CENTRAL )
LABORERS' WELFARE FUND, CENTRAL )
LABORERS' ANNUITY FUND, ILLINOIS LABORERS')
AND CONTRACTORS' TRAINING TRUST FUND, )
NORTH CENTRAL ILLINOIS WELFARE FUND, )
MIDWEST REGION FOUNDATION FOR FAIR )
CONTRACTING, CENTRAL ILLINOIS BUILDERS )
INDUSTRY ADVANCEMENT FUND, LABORERS- )
EMPLOYERS' COOPERATION AND EDUCATION )
TRUST ("LECET"), LABORERS'   POLITICAL )
LEAGUE, LABORERS' OF ILLINOIS VACATION )
FUND, LABORERS' LOCAL #165, LABORERS' )
LOCAL #996, LABORERS' LOCAL #362, LABORERS' )
LOCAL #538 and LABORERS' LOCAL #703, )
                                                                              )
                              Plaintiffs,             )
    vs.                                                   ) No.:
                                                              )
PEORIA COUNTY CONCRETE COMPANY,    )
                                                              )
                              Defendant.              )

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al., furnished the following in compliance with Standing Order CDIL of this Court.

a) Central Laborers' Pension Fund, Central Laborers' Welfare Fund, Central Laborers' Annuity Fund, Illinois Laborers' and Contractors' Training Trust Fund, North Central Illinois Laborers Welfare Fund, Midwest Region Foundation for Fair Contracting, Central Illinois Builders Industry Advancement Fund, Laborers'–Employers' Cooperation and Education Trust ("LECET"), Laborers' Political League, Laborers' of Illinois Vacation Fund, Laborers' #165, Laborers' #996, Laborers' #362, Laborers Local #538 and Laborers' #703.

b) Not applicable.

1

    c)    CAVANAGH & O'HARA
          William K. Cavanagh
          Michael W. O'Hara
          Patrick J. O'Hara
          James P. Moody
          John T. Long
          Britt W. Sowle

DATED this __30th__ day of January, 2006.

                                                              CENTRAL LABORERS' PENSION FUND,
                                                              *et al*, Plaintiffs,


                                                              By:    s/ Britt W. Sowle
                                                                     BRITT W. SOWLE
                                                                     **CAVANAGH & O'HARA**
                                                                     **Attorneys for Plaintiffs**
                                                                     1609 North Illinois Street
                                                                     Swansea, Illinois 62226
                                                                     Telephone:    618/222-5945
                                                                     Facsimile:     618/222-6755
                                                                     britt@cavanagh-ohara.com

S:\c&o\Files\CLPF\Delinq\Peoria County Concrete Co\Certificate of Interest.wpd