E-FILED
Friday, 10 February, 2006  12:28:55 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

CENTRAL LABORERS' PENSION FUND
ET. AL.
V.

**SUMMONS IN A CIVIL CASE**

PEORIA COUNTY
CONCRETE COMPANY

CASE NUMBER:  06-3026

TO: (Name and address of Defendant)

Peter D. Wintersteen, President
Peoria County Concrete Company
1227 S.W. Adams
Peoria, Illinois 61602

**PERSONAL SERVICE ONLY**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Britt W. Sowle
CAVANAGH & O'HARA
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: 618/222-5945

an answer to the complaint which is herewith served upon you, _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                    2/8/2006
CLERK                                               DATE

s/M. Stewart
(By) DEPUTY CLERK