# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
DISTRICT OF _____

CENTRAL LABORERS' PENSION FUND
ET.AL.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   06-3026

PEORIA COUNTY CONCRETE COMPANY

TO: (Name and address of defendant)   *PERSONAL SERVICE ONLY*

Peter D. Wintersteen, President
Peoria County Concrete Company
1227 W. Adams
Peoria, Illinois 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Long
CAVANAGH & O'HARA
407 E. Adams Street
Springfield, Illinois 62701
Telephone: 217/544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

3-30-06
DATE

s/ M. Rankin
(BY) DEPUTY CLERK