3:06-cv-03026-RM-BGC # 5 Page 1 of 2



E-FILED
Friday, 14 April, 2006 10:23:45 AM
Clerk, U.S. District Court, ILCD

# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

324 MAIN STREET ROOM B-20 PEORIA COUNTY COURTHOUSE PEORIA, ILLINOIS 61602-1374 (309)672-6040

**PERSONAL**

**RETURN OF SERVICE**

STATE OF ILLINOIS - COUNTY OF PEORIA CASE # 06-00-03026 0602593

I HAVE THIS 06TH DAY OF APRIL , 2006, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON WINTERSTEEN, PETER ON BEHALF OF:
CENTRAL LABORERS PENSION FUND , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED : SEX M RACE W AGE TIME 12:50:PM DATE 04/06/2006
PLACE OF SERVICE: 1227 W ADAMS PEORIA , IL 61602
SERVICE FEE DUE : $16.83
MICHAEL D. MC COY BY: 0419 AVINO, DEBRA
SHERIFF OF PEORIA COUNTY

OFFICER : ______________________ SIGNATURE REDACTED - PJR

SENT COPY: ______________________

**SERVICE HISTORY**

-/07/2006 08:35 AM 0419 SERVED
*SERVICE COMPLETE*

# United States District Court

CENTRAL DISTRICT OF ILLINOIS
DISTRICT OF

CENTRAL LABORERS' PENSION FUND
ET.AL.

V.

PEORIA COUNTY CONCRETE COMPANY

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-3026

2593

TO: (Name and address of defendant) *PERSONAL SERVICE ONLY*

Peter D. Wintersteen, President
Peoria County Concrete Company
1227 W. Adams
Peoria, Illinois 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Long
CAVANAGH & O'HARA
407 E. Adams Street
Springfield, Illinois 62701
Telephone: 217/544-1771

PEORIA COUNTY SHERIFF'S OFFICE
2006 MAR 31 P 1:33
PEORIA CO COURTHOUSE PEORIA IL 61602

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

John M. Waters
CLERK

3-30-06
DATE

M. Rankin
(BY) DEPUTY CLERK