E-FILED
Friday, 02 June, 2006   11:44:34 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 06-3026<br>) |
| PEORIA COUNTY CONCRETE COMPANY, | )<br>) |
| Defendant. | ) |

### REQUEST FOR ENTRY OF DEFAULT

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, states as follows:

1. That the Complaint in this matter was filed on February 8, 2006.

2. That on April 6, 2006, Peter D. Wintersteen, President of Defendant, PEORIA COUNTY CONCRETE COMPANY, was duly served by the Peoria County, Illinois, Sheriff's Department with said Complaint and Summons. A copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A.**

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Pursuant to Standing Order, attached hereto is the Affidavit of John T. Long in Support of the Motion for Default Judgment.

WHEREFORE, Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, pray that this Court enter Default Judgment against Defendant, PEORIA COUNTY CONCRETE COMPANY, and in favor of Plaintiffs.

                    CENTRAL LABORERS' PENSION FUND,
*et al.*, Plaintiffs,

By:    s/ John T. Long
       JOHN T. LONG
       **CAVANAGH & O'HARA**
       407 East Adams
       P. O. Box 5043
       Springfield, IL  62705
       Telephone:  (217) 544-1771
       Facsimile:  (217) 544-5236
       johnlong@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 2nd day of June 2006:

       Peter D. Wintersteen, President
       Peoria County Concrete Company
       1227 West Adams
       Peoria, IL 61602

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ John T. Long
       JOHN T. LONG
       **CAVANAGH & O'HARA**
       407 East Adams
       P. O. Box 5043
       Springfield, IL  62705
       Telephone:  (217) 544-1771
       Facsimile:  (217) 544-5236
       johnlong@cavanagh-ohara.com

E-FILED
Friday, 02 June, 2006  11:44:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 06-3026 |
| | ) |
| PEORIA COUNTY CONCRETE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT PURSUANT TO STANDING ORDER
IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JOHN T. LONG, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs and in such capacity represents the Plaintiffs in the above-entitled and numbered action;

That on April 6, 2006, Peter D. Wintersteen, President of Defendant, PEORIA COUNTY CONCRETE COMPANY, was duly served by the Peoria County, Illinois, Sheriff's Department with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al., is for liquidated damages for the period of June 2004, February 2005 through June 2005, in the total amount of $3,596.24; and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered; (Plaintiffs have calculated that amount as of May 11, 2006 as

$49,945.68 as shown by **Exhibit B**.). The total amount due and owing to Plaintiffs is $53,541.92; and attorney fees and costs to date in the amount of $2,173.16, as shown by **Exhibit C**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, PEORIA COUNTY CONCRETE COMPANY.

                                          CENTRAL LABORERS' PENSION
                                          FUND, *et al.*, Plaintiffs,

                                  By:     s/ John T. Long
                                          JOHN T. LONG
                                          **CAVANAGH & O'HARA**
                                          407 East Adams
                                          P. O. Box 5043
                                          Springfield, IL  62705
                                          Telephone:  (217) 544-1771
                                          Facsimile:  (217) 544-5236
                                          johnlong@cavanagh-ohara.com

Subscribed and sworn to before me this 2nd day of June 2006.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### DISTRICT OF

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND ET.AL. | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 06-3026 |
| PEORIA COUNTY CONCRETE COMPANY | |

TO: (Name and address of defendant)   **PERSONAL SERVICE ONLY**

Peter D. Wintersteen, President
Peoria County Concrete Company
1227 W. Adams
Peoria, Illinois 61602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Long
CAVANAGH & O'HARA
407 E. Adams Street
Springfield, Illinois 62701
Telephone: 217/544-1771

*[Stamp: 2006 MAR 31 P 1:33 PEORIA CO COURTHOUSE PEORIA IL 61602 — PEORIA COUNTY SHERIFF'S OFFICE]*

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    3-30-06
CLERK                                DATE

_____
(BY) DEPUTY CLERK

SIGNATURES REDACTED-PJR


EXHIBIT A

# COUNTY OF PEORIA - OFFICE OF THE SHERIFF



# Michael D. McCoy

324 MAIN STREET    ROOM B-20    PEORIA COUNTY COURTHOUSE    PEORIA, ILLINOIS 61602-1374    (309)672-6040

### PERSONAL

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 06-00-03026    0602593

I HAVE THIS 06TH DAY OF APRIL  , 2006, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON WINTERSTEEN, PETER    ON BEHALF OF:
CENTRAL LABORERS PENSION FUND , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED  : SEX M  RACE W  AGE    TIME 12:50:PM  DATE 04/06/2006
PLACE OF SERVICE: 1227  W ADAMS        PEORIA    , IL 61602
SERVICE FEE DUE :  $16.83
MICHAEL D. MC COY      BY:    0419    AVINO, DEBRA
SHERIFF OF PEORIA COUNTY

OFFICER : _____        **SIGNATURE REDACTED** PJR

SENT COPY: _____

### SERVICE HISTORY

4/07/2006 08:35 AM 0419 SERVED
    *SERVICE COMPLETE*

Revised May 11, 2006

Peoria County Concrete Co.
1227 S.W. Adams
Peoria, IL  61602

### Liquidated Damages Assessments

| Month | Local | Amount |
|---|---|---|
| Jun-04 | Local 165 | $770.16 |
| Jun-04 | Local 996 | 173.37 |
| Feb-05 | Local 165 | 57.87 |
| Feb-05 | Local 996 | 28.59 |
| Mar-05 | Local 165 | 284.67 |
| Mar-05 | Local 996 | 57.94 |
| Apr-05 | Local 165 | 488.13 |
| Apr-05 | Local 996 | 145.26 |
| May-05 | Local 165 | 409.65 |
| May-05 | Local 165 | 212.46 |
| May-05 | Local 996 | 25.00 |
| May-05 | Local 996 | 270.95 |
| Jun-05 | Local 165 | 278.90 |
| Jun-05 | Local 165 | 263.15 |
| Jun-05 | Local 362 | 25.00 |
| Jun-05 | Local 996 | 193.97 |
| Jun-05 | Local 996 | 139.22 |
| Total |  | $3,824.29   $3,824.29 |

### Report Form Overpayments

| Month | Local | Amount |
|---|---|---|
| Apr-99 | Local 165 | ($103.17) |
| Jun-99 | Local 165 | (103.65) |
| Nov-01 | Local 165 | (4.00) |
| Sep-04 | Local 703 | (10.80) |
| Oct-04 | Local 165 | (1.78) |
| Nov-04 | Local 165 | (4.65) |
| Total |  | ($228.05)   ($228.05) |

EXHIBIT B

Revised May 11, 2006

Peoria County Concrete Co.
1227 S.W. Adams
Peoria, IL  61602

| Reports Without Payment Local 165 | |
|---|---|
| Pension | $10,259.57 |
| Annuity | 4,090.08 |
| Ann Prem | 31.68 |
| NC Wel | 10,205.85 |
| NC Wel Prem | 65.57 |
| Wk Dues | 2,194.08 |
| WCBT | 179.60 |
| TRI_CON | 134.70 |
| IAF | 269.40 |
| Training | 1,489.20 |
| LECET | 546.04 |
| MROC | 198.56 |
| Total | $29,664.33 |
| Liquidated Damages Assessments | 2,966.43 |
| | $32,630.76 |
| Paid NCWEL | ($1,784.10) |
| | $30,846.66   $30,846.66 |

| Reports Without Payment Local 362 | |
|---|---|
| Pension | $1,872.37 |
| Annuity | 420.96 |
| Ann Prem | 12.72 |
| NC Wel | 2,499.45 |
| Training | 294.60 |
| CIBIAF | 63.84 |
| LECET | 58.92 |
| VACAT | 294.60 |
| MRFFC | 49.10 |
| Work Dues | 528.51 |
| Mkt Pres | 220.96 |
| LPL | 24.56 |
| Total | $6,340.59 |
| Liquidated Damages Assessments | 634.06 |
| | $6,974.65   $6,974.65 |

Revised May 11, 2006

Peoria County Concrete Co.
1227 S.W. Adams
Peoria, IL  61602

| Reports Without Payment Local 996 | |  |
|---|---:|---:|
| Pension | $3,454.00 | |
| Annuity | 1,079.40 | |
| Ann Prem | 15.63 | |
| NC Wel | 4,921.95 | |
| Training | 0.00 | |
| CIBIAF | 0.00 | |
| LECET | 0.00 | |
| MRFFC | 0.00 | |
| Vacat | 0.00 | |
| Vac Pre | 0.00 | |
| Work Dues | 0.00 | |
| Mkt Pres | 0.00 | |
| LPL | 0.00 | |
| Total | $9,470.98 | |
| Liquidated Damages Assessments | 947.10 | |
|  | $10,418.08 | |
|  | ($1,235.48) | |
|  | $9,182.60 | $9,182.60 |

| Reports Without Payment Area 152 | | |
|---|---:|---:|
| Pension | $772.00 | |
| Welfare | 868.50 | |
| Wel Prem | 45.00 | |
| Rtre Wel | 67.55 | |
| Rtre Wel Prem | 3.50 | |
| Annuity | 839.55 | |
| Ann Prem | 43.50 | |
| CIBIAF | 25.09 | |
| MRFFC | 9.65 | |
| Total | $2,674.34 | |
| Liquidated Damages Assessments | 267.43 | |
|  | $2,941.77 | $2,941.77 |

| Grand Total Due | | $53,541.92 |
|---|---|---:|

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) No.: 06-3026 |
| | ) |
| PEORIA COUNTY CONCRETE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JOHN T. LONG, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this firm in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 01/03/06 | Received and reviewed information from Fund Office with breakdown of amounts due and owing from employer. | 0.60 |
| 01/06/06 | Review file. Research Illinois Secretary of State to obtain corporate status. Telephone conference with Sheriff's Office regarding service of Summons. Preparation of draft Complaint and Affidavit in Support of Attorney Fees. | 1.80 |
| 01/09/06 | Finalize Complaint. Preparation of Certificate of Interest, Summons, and Civil Coversheet. Assemble Exhibits. File same with U.S. District Court via electronic filing. Preparation of correspondence to U.S. District Court enclosing filing fee. | 1.75 |
| | **TOTAL HOURS 4.15 x $175.00 PER HOUR** | **$726.25** |
| 02/01/06 | Telephone conference with Dan regarding the letter and accompanying documentation. | .15 |
| 03/28/06 | Telephone conference with Dan Koeppel regarding bankruptcy issues; discuss service of process. | .15 |
| 03/30/06 | Preparation of Summons; telephone conference with Peoria County Sheriff's Department regarding service fee; letter to Peoria County | |

1


EXHIBIT C

|  |  |  |
|---|---|---|
|  | Sheriff to serve Summons and Complaint. | 1.60 |
| 04/13/06 | Conversion, redaction of signature and electronic filing with U.S. District Court of Return of Service. | .50 |
| 04/14/06 | Received and reviewed letter from Dan Koeppel regarding Peoria County Concrete; review returned Summons. | .30 |
| 05/02/06 | Preparation of Request for Entry of Default, Affidavit Pursuant to Standing Order in Support of Motion for Default Judgment and proposed Order; assembly of exhibits. | 1.50 |
| 05/03/06 | Preparation of Affidavit in Support of Attorney Fees. | .75 |
| 05/11/06 | Revision to default judgment pleadings; update Status report regarding updated breakdown amounts. | .30 |
| 05/11/06 | Final review of Request for Entry of Default, Affidavit Pursuant to Standing Order in Support of Motion for Default Judgment, proposed Order and exhibits. | .40 |
| 05/11/06 | Revision; redaction of signatures; conversion and electronic filing of Request for Entry of Default with attachments; email of proposed order to Judge. | .60 |
|  | **TOTAL HOURS 6.25 x $185.00 PER HOUR** | **$1,156.25** |
| 1/9/06 | U.S. District Court – filing fee | $250.00 |
| 1/9/06 | Peoria County Sheriff - Service Fee | $ 23.83 |
| 03/30/06 | Peoria County Sheriff - Service Fee | $16.83 |
|  | **TOTAL COSTS AND FEES** | **$2,173.16** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

CENTRAL LABORERS' PENSION FUND, *et al*, Plaintiffs,

By: ____s/ John T. Long_____
JOHN T. LONG
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705

>> Telephone: (217) 544-1771
>> Facsimile: (217) 544-5236
>> johnlong@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 2nd day of June 2006.

_____
Notary Public

F:\files\CENTRAL\Peoria County Conrete\Atty Fees.wpd

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010