IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, NORTH CENTRAL ILLINOIS WELFARE FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS-EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, LABORERS' LOCAL #165, LABORERS' LOCAL #996, LABORERS' LOCAL #362, LABORERS' LOCAL #538 and LABORERS' LOCAL #703, <br><br>        Plaintiffs, <br><br>vs. <br><br>PEORIA COUNTY CONCRETE COMPANY, <br><br>        Defendant. | Case No. 06-3026 |

## ANSWER TO COMPLAINT

NOW COMES the Defendant, PEORIA COUNTY CONCRETE COMPANY, by its Attorney, GERALD W. BRADY, JR., and files this answer to the Complaint and in support thereof states as follows:

1. Defendant admits the allegations of paragraph one.

2. Defendant admits the allegations of paragraph two.

3. Defendant admits the allegations of paragraph three.

4. Defendant admits the allegations of paragraph four.

5. Defendant denies the allegations of paragraph five.

6. Defendant admits the allegations of paragraph six.

7. Defendant admits the allegations of paragraph seven.

8. Defendant admits the allegations of paragraph eight.

9. Defendant denies the allegations of paragraph nine.

10. Defendant admits the allegations of paragraph ten.

WHEREFORE, Defendant prays this Court dismiss the Complaint filed by Plaintiffs herein and for its costs.

PEORIA COUNTY CONCRETE COMPANY, Defendant

**s/ Gerald W. Brady, Jr.**
Gerald W. Brady, Jr. Attorney Bar Number: 6180470
Attorney for Defendant
1133 N. North Street
Peoria, Illinois 61606
Telephone: (309) 674-0821
Fax: (309) 674-0954
E-mail: geraldbradyjr@yahoo.com

## **CERTIFICATE OF SERVICE**

      I hereby certify on the 7th day of June, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                          s/ Gerald W. Brady, Jr.

GERALD W. BRADY, JR.
ATTORNEY AT LAW
1133 N. North Street
Peoria, IL 61606
PH: (309) 674-0821