IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, NORTH CENTRAL ILLINOIS WELFARE FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS-EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, LABORERS' LOCAL #165, LABORERS' LOCAL #996, LABORERS' LOCAL #362, LABORERS' LOCAL #538 and LABORERS' LOCAL #703, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 06-3026 |
| PEORIA COUNTY CONCRETE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**<u>DESIGNATION OF LEAD COUNSEL AND CERTIFICATE OF INTEREST</u>**

The undersigned, counsel of record for Defendant, PEORIA COUNTY CONCRETE COMPANY, (the "Defendant"), furnishes the following in compliance with Local Rules 11.2 and 11.3 of the Rules of the United States District Court for the Central District of Illinois, and Rule 7.1(a) of the Federal Rules of Civil Procedure:

1. The full name of the Defendant is PEORIA COUNTY CONCRETE COMPANY.

2. The Defendant is a corporation.

3. Gerald W. Brady, Jr. as a member of the bar of this Court, will appear for the Defendant.

4.  Gerald W. Brady, Jr. is hereby designated as lead counsel for purposes of receiving telephone calls, pursuant to Local Rule 11.2.

Respectfully submitted,
PEORIA COUNTY CONCRETE COMPANY, Defendant

**s/ Gerald W. Brady, Jr.**
Gerald W. Brady, Jr. Attorney Bar Number: 6180470
Attorney for Defendant
1133 N. North Street
Peoria, Illinois 61606
Telephone: (309) 674-0821
Fax: (309) 674-0954
E-mail: geraldbradyjr@yahoo.com

## **CERTIFICATE OF SERVICE**

  I hereby certify on the 8th day of June, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                 s/ Gerald W. Brady, Jr.

GERALD W. BRADY, JR.
ATTORNEY AT LAW
1133 N. North Street
Peoria, IL 61606
PH: (309) 674-0821