IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, NORTH CENTRAL ILLINOIS WELFARE FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS-EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, LABORERS' LOCAL #165, LABORERS' LOCAL #996, LABORERS' LOCAL #362, LABORERS' LOCAL #538 and LABORERS' LOCAL #703, | |
| Plaintiffs, | |
| vs. | Case No.  06-3026 |
| PEORIA COUNTY CONCRETE COMPANY, | |
| Defendant. | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as lead counsel in this case for

PEORIA COUNTY CONCRETE COMPANY

I certify that I am admitted to practice in this Court.

Respectfully submitted,
PEORIA COUNTY CONCRETE COMPANY, Defendant

**s/ Gerald W. Brady, Jr.**
Gerald W. Brady, Jr. Attorney Bar Number: 6180470
Attorney for Defendant
1133 N. North Street
Peoria, Illinois 61606
Telephone: (309) 674-0821
Fax: (309) 674-0954
E-mail: geraldbradyjr@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify on the 8th day of June, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                        s/ Gerald W. Brady, Jr.

GERALD W. BRADY, JR.
ATTORNEY AT LAW
1133 N. North Street
Peoria, IL 61606
PH: (309) 674-0821