AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, et al.,<br>    Plaintiffs,<br>  vs.<br>PEORIA COUNTY CONCRETE COMPANY,<br>    Defendant. | **APPEARANCE**<br><br>Case Number: 06-3026 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 19, 2006 | s/ John T. Long |
| Date | Signatureq |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |