IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 06-3026 |
| ) | |
| PEORIA COUNTY CONCRETE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' POSITION STATEMENT

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al., by and through its attorneys, Cavanagh & O'Hara, and for their response to this Honorable Court's order to file a position statement, states as follows:

1. That the Complaint in this matter was filed on February 3, 2006;

2. That on February 8, 2006, summons was issued as to Peter D. Wintersteen, President of Peoria County Concrete Company. On April 6, 2006, Defendant was served and a responsive pleading was due on or before April 26, 2006;

3. Since Defendant failed to file an answer, Plaintiffs filed its Motion for Entry of Default on June 2, 2006;

4. That shortly thereafter, Plaintiffs' attorney was contacted by Mr. Peter Wintersteen and informed that he had retained counsel;

5. That on or before June 6, 2006, Attorney Gerald Brady contacted Plaintiffs' counsel and the parties discussed procedural and substantive issues pertaining to this cause;

6. That Plaintiffs' Attorney informed Attorney Brady that Plaintiffs would not object

to or oppose the filing of a responsive pleading if it was filed on or before the date that this Honorable Court ruled on its Request for Entry of Default;

7. That on June 7, 2006, Defendant filed its Answer to Plaintiffs' complaint;

8. That shortly thereafter, Plaintiffs' Attorney and Defendant's Attorney conferred regarding this cause and expect to submit to this Honorable Court a stipulated judgment resolving all issues appurtenant to this cause.

> CENTRAL LABORERS' PENSION FUND, *et al.*, Plaintiffs,
>
> s/ John T. Long
> JOHN T. LONG
> **CAVANAGH & O'HARA**
> 407 East Adams Street
> Post Office Box 5043
> Springfield, IL 62705
> Telephone: (217) 544-1771
> Fax: (217) 544-9894
> johnlong@cavanagh-ohara.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2006, I electronically filed Plaintiffs' Position Statement with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Gerald W. Brady, Jr.

                                        CENTRAL LABORERS' PENSION FUND, *et al.*, Plaintiffs,

                                        s/ John T. Long
                                        JOHN T. LONG
                                        **CAVANAGH & O'HARA**
                                        407 East Adams Street
                                        Post Office Box 5043
                                        Springfield, IL 62705
                                        Telephone: (217) 544-1771
                                        Fax: (217) 544-9894
                                        johnlong@cavanagh-ohara.com