IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' AND CONTRACTORS' TRAINING TRUST FUND, NORTH CENTRAL ILLINOIS WELFARE FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, LABORERS-EMPLOYERS' COOPERATION AND EDUCATION TRUST ("LECET"), LABORERS' POLITICAL LEAGUE, LABORERS' OF ILLINOIS VACATION FUND, LABORERS' LOCAL #165, LABORERS' LOCAL #996, LABORERS' LOCAL #362, LABORERS' LOCAL #538 and LABORERS' LOCAL #703, | |
| Plaintiffs, | |
| vs. | No.: 06-cv-3026 |
| PEORIA COUNTY CONCRETE COMPANY, | |
| Defendant. | |

**STIPULATED JUDGMENT ORDER**

This cause coming on to be heard before this Honorable Court upon the Complaint filed by the Plaintiffs, CENTRAL LABORERS PENSION, WELFARE AND ANNUITY FUNDS, et al., against the Defendant, PEORIA COUNTY CONCRETE COMPANY.

WHEREAS, the Plaintiffs and the Defendant have hereby agreed to enter into a stipulated judgment as evidenced by the signatures herein below of the respective counsel for the parties hereto;

WHEREAS, the Plaintiffs filed their Complaint against the Defendant on February 3, 2006. Said Complaint being served upon the Defendant on April 6, 2006;

WHEREAS, Defendant filed its Answer to the Complaint;

WHEREAS, the Defendant has agreed that judgment be entered in favor of the Plaintiffs and

against the Defendant for the following:

A. Attorney's fees and costs incurred in this matter in the amount of $2,173.16 as set forth in Plaintiffs' Affidavit in support of its Motion for Default Judgment.

B. Contributions and liquidated damages due and owing to Plaintiffs for liability solely exhibited by the monthly remittance reports provided and prepared by Defendant that were submitted without payment from the period of July of 2005 through May of 2006 in the amount of $53,795.21, after due credit for payments made. It is expressly understood that the sum herein calculated was based upon the monthly remittance reports prepared and provided by Defendant, and that additional liability during the same time period may become due after the completion of a payroll compliance audit, and that this judgment *shall not* constitute res judicata, accord and satisfaction or in any way settlement of that additional liability.

C. That Defendant shall provide and furnish such records as are necessary so as to enable the Plaintiffs to conduct a payroll examination or payroll compliance audit, including such information so as to enable the Plaintiffs to conduct job site payroll audit reports, from the time period of April 1, 2005 through until as current as possible.

WHEREFORE, judgment is hereby entered against the Defendant, PEORIA COUNTY CONCRETE COMPANY, to produce such records as are necessary to enable Plaintiffs to conduct a payroll compliance audit/payroll examination as stated herein and for the total sum of $55,968.37.

ENTERED this_____day of_____, 20___.

_____
**DISTRICT JUDGE**

APPROVED AS TO CONTENT AND FORM:


_____s/ John T. Long_____
Attorney for Plaintiff, John T. Long


_____s/ Gerald W. Brady, Jr._____
Attorney for Defendant, Gerald W. Brady, Jr.