IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, *et al.*, )
)
        Plaintiffs, )
)
vs. ) No. 06-3026
)
PEORIA COUNTY CONCRETE COMPANY, )
)
        Defendant. )

## CITATION TO DISCOVER ASSETS

To:    Heritage Bank of Central Illinois
         615 North Trivoli Road
         Trivoli, IL 61569

    **YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore at the United States District Court, Central District, 151 U.S. Courthouse, 600 E. Monroe Street Springfield, IL 62701, on November 6, 2006 at 4:00 p.m. to be examined under oath concerning the property or income of PEORIA COUNTY CONCRETE COMPANY.

    On August 21, 2006, this Court entered a Stipulated Judgment Order in the amount of $55,968.37 in favor of Plaintiffs and against PEORIA COUNTY CONCRETE COMPANY for delinquent contributions, liquidated damages and attorney fees. This sum remains unpaid.

    **YOU ARE COMMANDED** to produce at the examination (bring with you) all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of PEORIA COUNTY CONCRETE COMPANY.

    **YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of this Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

    **FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE**

1

**COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.**

WITNESS: JOHN M. WATERS, Clerk of the District Court, and the seal thereof, at Springfield, Illinois.

Dated: October 13, 2006.

s/John M. Waters
_____
Clerk of Court

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
jim@cavanagh-ohara.com