IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 06-3026 |
| ) | |
| PEORIA COUNTY CONCRETE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### CITATION TO DISCOVER ASSETS

To:   Peter D. Wintersteen, President
      Peoria County Concrete Company
      1227 West Adams
      Peoria, IL 61602

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron G. Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **December 14, 2006 at 10:00 a.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditors, CENTRAL LABORERS' PENSION FUND, *et al.*

On August 21, 2006, a Stipulated Judgment Order was entered wherein Defendant agreed judgment be entered in favor of the Plaintiffs and against the Defendant for payment of delinquent contributions and liquidated damages owing for the period of July 2005 through May 2006 in the amount of $53,795.21; provide records necessary to conduct a payroll examination for the period April 1, 2005 through current and attorney's fees in the amount of $2,173.16. The sum of $55,968.37 remains unsatisfied.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of PEORIA COUNTY CONCRETE COMPANY.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings.  You are

not required to withhold the payment of any money beyond double the amount of judgment.

## YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

WITNESS, November 13, 2006.

(SEAL)

s/John M. Waters
_____
Clerk of Court

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771

## SCHEDULE A

1. All books and records of PEORIA COUNTY CONCRETE COMPANY for the years January 1, 2004, to current.

2. All payroll records of PEORIA COUNTY CONCRETE COMPANY (Defendant) for the years January 1, 2005, to current, including but not limited to Individual Payroll Records and Employee Time Records, Federal W-2 Forms, Federal 1099 Forms, Cash Disbursement Records, and Fringe Benefit Contribution Report Forms.

3. Federal and State Income Tax Returns for PEORIA COUNTY CONCRETE COMPANY for the years 2003 to current.

4. All payroll accounts and any other records indicating the amount of monies earned or owed by PEORIA COUNTY CONCRETE COMPANY from January 1, 2004, to current.

5. All deeds relating to real estate owned in part or in toto by PEORIA COUNTY CONCRETE COMPANY.

6. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or in toto by PEORIA COUNTY CONCRETE COMPANY.

7. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or in toto by PEORIA COUNTY CONCRETE COMPANY.

F:\files\CENTRAL\Peoria County Conrete\CTDA.wpd